UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:22-mj-00085-BAM |
| Plaintiff, | ) | |
| v. | ) | ORDER ON MOTION TO DISMISS COMPLAINT |
| SKIP HOUGHTON, | ) | |
| Defendant. | ) | |

Under Rule 48(a) of the Federal Rules of Criminal Procedure, the United States has moved for an order dismissing the complaint in the above-captioned action against the defendant. For the reasons stated in the motion,

IT IS HEREBY ORDERED that the complaint is dismissed.

IT IS SO ORDERED.

Dated: **July 14, 2022**

UNITED STATES MAGISTRATE JUDGE